UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KROPP,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFERY SCOTT,<br><br>        Defendant. | Case No. 18-cv-01549-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 25 |

Defendant has filed a second *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Martine D'Agostino, the court GRANTS the request. Docket No. 25. The court now sets the following new briefing schedule for dispositive motions: Defendant must file and serve his dispositive motion no later than **January 18, 2019.** Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **February 15, 2019**. Defendant must file and serve his reply brief (if any) no later than **March 1, 2019.**

**IT IS SO ORDERED**.

Dated: November 16, 2018

_____
SUSAN ILLSTON
United States District Judge