UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KROPP,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERY SCOTT,<br><br>    Defendant. | Case No. 18-cv-01549-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 35 |

Plaintiff's request for an extension of the deadline to file his opposition to the motion for summary judgment is GRANTED. Docket No. 35. Plaintiff must file and serve his opposition no later than **August 19, 2019**. No further extensions of this deadline should be expected. Defendants must file and serve their reply brief (if any) no later than **September 6, 2019**.

**IT IS SO ORDERED**.

Dated: July 18, 2019

_____
SUSAN ILLSTON
United States District Judge