UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KROPP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERY SCOTT,<br><br>　　　　　Defendant. | Case No. 18-cv-01549-SI<br><br>**JUDGMENT** |

Judgment is now entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 23, 2019

SUSAN ILLSTON
United States District Judge